**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-0736-R

Michael DesParois

- - Versus - -

Timmons International, LLC

19th Judicial District Court
Case #: 655392
East Baton Rouge Parish

On Application for Rehearing filed on 12/02/2024 by Michael DesParois

Rehearing _denied_

_____

Page McClendon

_Wayne R Chutz by CHH_
Wayne Ray Chutz

_Chris Hester_
Chris Hester

_Hunter Greene_
Hunter Greene

_____
Katherine Tess Stromberg

_PMC_
_McClendon, J. would grant the Rehearing._

_KTS_ _Stromberg, J would grant the rehearing KTS_

Date DEC 05 2024

Rodd Naquin, Clerk